UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-1193

SAMUEL R. MOORE,

Plaintiff - Appellant,

versus

JOSEPH F. KERENICK, in his capacity as Mana-
ger, Employee Relations for the State Board
for Technical and Comprehensive Education,

Defendant - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Columbia. Dennis W. Shedd, District Judge.
(CA-97-1352-3-19BC)

Submitted: June 17, 1999        Decided: June 24, 1999

Before MURNAGHAN and TRAXLER, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Samuel R. Moore, Appellant Pro Se. Jonathan Pharr Pearson, Nicole
Paul Cantey, ELLZEY & BROOKS, L.L.C., Columbia, South Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Samuel R. Moore appeals the district court's order granting summary judgment to the defendant in his action under the Age Discrimination in Employment Act, 29 U.S.C.A. §§ 621-634 (West 1994 & Supp. 1999). We have reviewed the record and the district court's order adopting the magistrate judge's report and recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Moore v. Kerenick, No. CA-97-1352-3-19BC (D.S.C. Jan. 29, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2